

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Juan Jose Jimenez, Jr.,                     * From the 244th District Court
of Ector County
Trial Court No. D-17-2181-CR.

Vs. No. 11-19-00030-CR               * August 1, 2019

The State of Texas,                   * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.